IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELINDA L. HEATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv938-WC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On December 4, 2007, Plaintiff, Melinda L. Heath (Heath), filed a Motion for an Award Attorney's Fees Pursuant to Equal Access to Justice Act, 28 U.S.C. § 2412 (2000), (Doc. #21) in the amount of $2,721.77.  The Commissioner does not oppose the amount of fees requested, nor does he object to payment of those fees directly to Heath's counsel pursuant to a fee agreement between Heath and her attorney.  Def. Response (Doc. #23).  Therefore, upon consideration of the Motion (Doc. #21) and for good cause, it is

ORDERED that Heath's motion (Doc. #21) in the amount of $2,721.77 is GRANTED.  It is further

ORDERED that the attorney fees shall be paid to Marilyn H. Macey, Heath's counsel.

DONE this 18th day of December, 2007.

                                                /s/ Wallace Capel, Jr.
                                                WALLACE CAPEL, JR.
                                                UNITED STATES MAGISTRATE JUDGE